AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Package tracking number 9505526539217340272065, postmarked December 6, 2017, weighing 14 pounds 13 ounces, addressed to Jeff Harrison 314 Hill Ave, Franklin, OH 45005 with a return address of Rebecca H., 761 Hazel St, C-Point, Or 97502. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.<br><br>1:17MJ -966 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Priority Mail Package tracking number 9505526539217340272065

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized):*
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector Rossiter

☒ Continued on the attached sheet.

☐ Delayed notice \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joseph L. Rossiter, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/8/17

_____
*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Karen L. Litkovitz
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO                    )
                                 ) SS
COUNTY OF HAMILTON               )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, JOSEPH ROSSITER, HAVING BEEN DULY SWORN, DEPOSE AND STATE:  I am a United States Postal Inspector, having been so employed since May 2016.  I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southeast Indiana, and southern Ohio.  Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances.  Based on my training and experience, I also know that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service.  As a result of investigations and successful controlled substance prosecutions where the U.S. Mail was used, I have learned of certain characteristics indicative of other U.S Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances.  Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, the addressee is not known to receive mail at the listed delivery address, the parcel is heavily taped, the parcel is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the parcel, and the listed address is located in an area of known or suspected drug activity.

On or about December 7, 2017 Postal Records indicated that a package was being mailed from Medford, OR to Franklin, OH.  On or about December 8, 2017 I contacted the Supervisor at the Franklin Post Office to hold the package.  Also on this date I intercepted the package at the Franklin Post Office.  The package is further identified as Priority Mail Package Tracking Number 9505526539217340272065 addressed to Jeff Harrison 314 Hill Ave, Franklin, OH 45005 with a return address of Rebecca H., 761 Hazel St, C-Point, Or 97502 (Here after referred to as the "the Package").  Postal records also indicated that 314 Hill Ave, Franklin, OH 45005 has received a prior package from Medford, OR.  Through training and experience Medford, OR is a known drug source location.  Also according to Postal Management the name "Jeff Harrison" is known to receive mail at 740 Harrison Avenue, Franklin, OH as well.

I did a search in CLEAR on the addressee address 314 Hill Ave, Franklin, OH 45005.  CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information.  According to CLEAR the name "Jeff Harrison," is not associated with 314 Hill Ave, Franklin, OH 45005.

I did a check in CLEAR on the sender's address of 761 Hazel St, C-Point, Or 97502.  According to CLEAR, the name "Rebecca H." is not associated with 761 Hazel St, C-Point, Or 97502.

On or about December 8, 2017 Cincinnati Police Department Officer Mike Harper was contacted to arrange for a narcotic canine to check the Package.  Officer Mike Harper responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio, where the Package was placed in a controlled area and presented to narcotic canine, "Cairo."  "Cairo" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the Package.  As noted above, attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

The Package is further identified as follows: a brown box, approximately 16.5" x 16.5" x 16.5" in size, bearing tracking number 9505526539217340272065, weighing 14 pounds 13 ounces, postmarked December 6, 2017; see address information below:

2

Sender: Rebecca H.
761 Hazel St.
C-Point, Or 97502

Addressee: Jeff Harrison
314 Hill Ave
Franklin, OH 45005

This information along with the positive alert of narcotic canine "Cairo" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in the Package is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Joseph L. Rossiter
Postal Inspector

Subscribed and sworn to and before me this _8_ day of _Dec._, 2017.

Honorable Karen L. Litkovitz
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, _Mike Harper_, am and have been employed by the _Cincinnati P.D._ since _2001_. Among other duties, I am currently the assigned handler of narcotics detection canine _Cairo_ which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On _12/08/17_, at the request of Postal Inspector _Rossiter_ I responded to _Cincinnati Postal Inspection Service office_ where _Cairo_ did alert to and indicate upon:

[describe item]

From: Rebecca M.
761 Hazel St
C-Point, Or 97502

To: Jeff Harrison
314 Hill Ave
Franklin, OH 45005

Which, based upon my training and experience and that of _Cairo_ indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 12/8/17
(Signature and Date)

_____ 12/8/17
(Signature and Date)

Cincinnati Field Office
95 Central Avenue, Suite 400
Cincinnati, OH 45202-5740
Telephone: 877-876-2455
FAX: 513-684-8009